cal_kmw_

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

9   HELMUT GOESTL,                      )   Civil No.07cv0725 BEN (AJB)
                                        )
10                  Plaintiff,          )
                                        )   Order Following Settlement Status
11   v.                                 )   Conference
                                        )
12   CASTLE CREATIONS, INC., a Kansas   )
     Corporation and DOES 1 through 100,)
     inclusive,                         )
13                                      )
                    Defendants.         )
14   _____)

15        On August 16, 2007, the Court convened a Settlement Status Conference in the above entitled

16   action.  Appearing for Plaintiff telephonically was John Donboli, Esq.  Appearing for Defendants were

17   R. Patrick McCullogh, Esq. and L.E. Estingoy

18        A full and final settlement of the entire case was reached at the conference.  Defense counsel

19   will prepare the settlement documents and present those to Plaintiff for approval and signature.

20        The Court sets a *telephonic* Settlement Disposition Conference for ***September 14, 2007***, at

21   ***10:30 a.m.*** in the chambers of Judge Battaglia. Plaintiff's counsel shall initiate the conference call.

22   Counsel and all parties *shall appear* unless the Joint Motion for Dismissal has been submitted for entry

23   by Judge Benitez.

24        IT IS SO ORDERED.

25   DATED:  August 17, 2007

26                                          _____
                                            Hon. Anthony J. Battaglia
27                                          U.S. Magistrate Judge
                                            United States District Court
28

1                                                                    07cv0725