cal  sc

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELMUT GOESTL,<br><br>                Plaintiff,<br>v.<br><br>CASTLE CREATIONS, INC., a Kansas Corporation and DOES 1 through 100, inclusive,<br><br>                Defendants. | Civil No.07cv0725 BEN (AJB)<br><br>ORDER FOLLOWING SETTLEMENT DISPOSITION CONFERENCE |

On September 14, 2007, the Court convened a Settlement Disposition Conference in the above entitled action. Appearing were John H. Donboli, Esq. on behalf of plaintiff and Patrick McCullogh, Esq. on behalf of defendant.

Counsel report that the settlement documents have been signed and the first payment of financial consideration is due around October 1, 2007. The parties will now work on a joint motion for dismissal of the action to submit electronically to the Court. As there are executory terms of the settlement to be completed, the parties will agree to have the Court retain jurisdiction for enforcement purposes and will so state in the order of dismissal to be attached to their joint motion.

///

///

///

///

1    To ensure that the matter does close following the first payment, the Court sets another
2 Settlement Disposition Conference for *October 19, 2007 at 9:00 a.m.* Plaintiff's counsel will initiate the
3 call at that time.
4 IT IS SO ORDERED.

6 DATED: September 17, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court